DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN SMITH *W*,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0051

[June 4, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 561991CF000196AXXXXX.

Glenn W. Smith, Florida City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

Ricky D. Dixon, Secretary, Florida Department of Corrections, and Kelly Roplea Forren, Assistant General Counsel, Florida Department of Corrections, Office of the General Counsel, Tallahassee, for the Florida Department of Corrections.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***